UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-20071-CIV-SINGHAL/SANCHEZ

GENTLE THOMAS, JR.,

    Plaintiff,

vs.

ADAM MADISON,

    Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge (DE [5]) recommending that this cause be dismissed without prejudice. Plaintiff, who is incarcerated and appearing *pro se,* filed a Petition to Proceed *in Forma Pauperis.* The magistrate judge denied that motion because Plaintiff falls under the three-strike rule of 28 U.S.C. § 1915(g). *See* Order (DE [4]) (detailing cases filed by Plaintiff that were dismissed for failure to state a claim). According to the Eleventh Circuit

> [T]he proper procedure is for the district court to dismiss the complaint without prejudice when it denies the prisoner leave to proceed *in forma pauperis* pursuant to the three strikes provision of § 1915(g). The prisoner cannot simply pay the filing fee after being denied *in forma pauperis* status. He must pay the filing fee at the time he *initiates* suit.

*Dupree v. Palmer,* 284 F.3d 1234, 1236 (11th Cir. 2002). Because Plaintiff's request for *in forma pauperis* status was denied, the magistrate judge concluded that the Complaint must be dismissed. Plaintiff has not filed an objection to the Report and Recommendation. The Court has conducted a *de novo* consideration of the matter and concludes that (1) Plaintiff's *in forma pauperis* status is barred by § 1915(g) and (2) the Complaint must be dismissed without prejudice. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Report and Recommendation of the Magistrate Judge (DE [5]) is **APPROVED AND ADOPTED**. This case is **DISMISSED WITHOUT PREJUDICE** for violation of the three-strike rule of 28 U.S.C. § 1915(g). The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 12th day of February 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished by US Mail to:

Gentle Thomas Jr.
267721
WVCF B East 302
6908 South Old U.S. Hwy 41
Carlisle, IN 47838